# United States Court of Appeals
## For the First Circuit

---

No. 98-1921, 99-1379

STEVEN J. NOWACZYK,

Petitioner, Appellant,

v.

WARDEN, NEW HAMPSHIRE STATE PRISON,

Respondent, Appellee.

---

ERRATA SHEET

The opinion of this Court issued August 14, 2002 should be amended as follows:

On page 10, line 8:  "September of 2000" should read "September of 1999"

On Page 33, line 7:  "September 19, 2000" should read "September 19, 1999"